NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F.H., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>WEST MORRIS REGIONAL HIGH SCHOOL BOARD OF EDUCATION,<br><br>                Defendant. | Civil Action No. 19-14465 (SDW) (LDW)<br><br>**ORDER**<br><br>November 19, 2019 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated October 30, 2019, which recommends that Plaintiffs' Motion to Remand be denied. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 10) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                          s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:   Parties
       Magistrate Judge Wettre