# JAMIE EPSTEIN
*ATTORNEY AT LAW*
17 Fleetwood Drive, Hamilton, NJ. 08690[*]
496 Kings Highway North, Suite 220D, Cherry Hill, NJ. 08034[**]\

Tel: (856) 979-9925          Web: JamieEpsteinLaw.com          E-MAIL: JE@JamieEpsteinLaw.com

11/26/19

Clerk, United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

RE; 2:19-cv-14465-SDW-LDW, F.H. et al v. WEST MORRIS REGIONAL HIGH SCHOOL BOARD OF EDUCATION

Dear Sir/Madam:

      Attached please find the administrative record on appeal.

      Thank you.

Very truly yours,

*/s/ Jamie Epstein*

JAMIE EPSTEIN

enc.
JE/.2;   draft letter,
cc:       counsel (via ecf)
          client

---

[*]   Central New Jersey and Mailing Address
[**]  Southern New Jersey Office