**Request for Adjournment for Purposes of Mediation**

**Agency Reference #:** 2017-26311

**Case Name:** FH and MH o/b/o JH v West Morris High School District BOE

The parties request an adjournment of the mediation/resolution period in this matter until

_____7/22/17_____, so that the parties may participate in mediation for

the purpose of resolving the issues in this matter without a due process hearing.

_____[signature]_____
Petitioner/Representative

_____
Respondent/Representative

_____7/22/17_____
Date submitted to OSEP

Return to OSEP with electronic signature or via fax to: 609-984-8422

Initial Due Process Petition

## Request for Adjournment for Purposes of Mediation

**Agency Reference #:** 2017-26311

**Case Name:** F.H. and M.H. o/b/o J.H. v. West Morris High School District

The parties request an adjournment of the mediation/resolution period in this matter until _____7/27/17_____, so that the parties may participate in mediation for the purpose of resolving the issues in this matter without a due process hearing.

_____
Petitioner/Representative

_Jodi Howlett_, Jodi S. Howlett, Esq.
Respondent/Representative

_____7/20/17_____
Date submitted to OSEP

Return to OSEP with electronic signature or via fax to: 609-984-8422

Case 2:19-cv-14465-SDW-LDW Document 13-1 Filed 11/26/19 Page 3 of 4 PageID: 249



**State of New Jersey**
DEPARTMENT OF EDUCATION
PO Box 500
TRENTON, NJ 08625-0500

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

KIMBERLEY HARRINGTON
*Acting Commissioner*

June 14, 2017

To: ███████████

From: Cathy Anthony, Mediation Scheduler
Office of Special Education Policy and Procedure

Subject: **Mediation Conference**

Case Name: F.H. and M.H. o/b/o J.H. Vs. West Morris Regional High Board of Education

Agency Reference: **2017-26311**

Please be advised that in accordance with N.J.A.C. 6A:14-2.6(d) 3 and 34 C.F.R. §300.150 a mediation conference for this matter has been scheduled for the date listed below.*

Date: 7/27/2017

Time: 10:00am

Location: West Morris Regional High Board of Education
10 South Four Bridges Road
Chester, NJ 07930
(908) 879-9640

Mediator: Susan Huntley

If you have any questions, please call me at (609) 633-0535.

C: Dr. David Leigh
Mr. Michael Ben-David
Jodi S. Howlett, Esq.
Julie Warshaw, Esq.

*Please be aware that as required by N.J.A.C. 6A:14-2.7(h)8iii and 34 C.F.R. § 300.510(b) if the parties fail to participate in mediation within 30 days of the date the request for a due process hearing is submitted, the matter shall be transmitted to the Office of Administrative Law for a due process hearing.

# State of New Jersey Department of Education
## Mediation Attendance

Date of Meeting: 7/27/17
Case Name: F.H. and M.H. o/b/o J.H. v. West Morris Reg. High School BoE
Case Number: 2017-26311
Mediator: Susan Huntley

| Name | Title/Position | Signature |
|---|---|---|
| Julie Warshaw | Attorney for Petitioners | [signature] |
| [redacted] | parent | [redacted] |
| [redacted] | Parent | [redacted] |
| Michael Runkiewicz | Dir. Special Education | [signature] |
| Jaclyn Kavenek | Board attorney | J. Kavenek |
| David Lasil | Director | D. L. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Note: All discussions that occur during the mediation process will remain confidential and may NOT be used as evidence in any subsequent due process hearing or civil proceedings arising from this dispute. In addition, no record of the mediation proceedings will be maintained by the mediator other than the attendance sheet.*