**State of New Jersey**
**Office of Administrative Law - NEWARK**
33 Washington Street
Newark NJ 07102
(973) 648-7145

**RECEIVED**

**FROM**
Department of Education
Office of Special Education Policy and Procedure
**NAME OF AGENCY**
P.O. Box 500, T~~renton~~ NJ 08625
**ADDRESS**
Dominic Rota
**TRANSMITTI**

**EDS**

2017 JUL 28 P 12: 47
STATE OF NEW JERSEY
OFFICE OF ADMIN. LAW

**10706-17**

(609) 984-1286
**TELEPHONE**
\*\*\*\*\*\*\*\*\*\*\*\*\*
\* **OAL OFFICAL USE**

\* **COUNTY**    Morris

\* **N/S**    N
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE FOLLOWING ADDITIONAL INFORMATION REQUIRED:**

1. Nature of the case: Please include references to statutes or rules and briefly summarize the facts and law involved. Attach pleading to this form.

2. Estimated time required for hearing

3. Legal requirements (State or Federal) mandating a date for Agency Decision

4. Is a court stenographer requested?

5. Special Features to be anticipated in this matter i.e., emergent relief, discovery motions, prehearing conference, conference hearing, remand, expedited hearings, location (county)

6. Has the agency conducted a settlement conference?

7. Is a barrier-free location needed?

8. Have the attached documents been exchanged between the parties?

9. Names of other agencies claiming jurisdiction over transmitted dispute.

10. Names and addresses of all parties and their representatives (other than witnesses) to full Extent known:

Revised 12/2/03    (Type on other side)

**F.H. and M.H. o/b/o J.H. Vs. West Morris Regional High Board of Education**

**Name of Contested or Short Title**

   2017    26311
**Agency Docket / Reference Number**

On behalf of minor student, Petitioners seek classification as OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

1 Days or 0 Hours

X Yes _ No; If yes, please specify Requirements and citation:    NJAC 6A:14-2.7 (j) 4

Special Education Hearing; 45 day completion

____ Yes   X   No

X Yes   ____ No;   if yes, date 7/27/2017

____ Yes ____ No X Uncertain

X Yes____ No; if no, the documents shall be served on or offered to the parties on ____

None

See attached list of parties

**Hearing Request Date:** 5/30/17
**Fed. Days Expended:** 0
**Call Date:** 7/28/17

Transmitting officer or other agency personnel to receive notices of hearing etc. pursuant to N.J.A.C. 1.1-8.2(a) 13. This person need not be served by the parties with motions, correspondence etc.

## Coordinator of Due Process
Office of Special Education Policy and Procedure
100 Riverview Plaza, P.O. Box 500
Trenton, NJ 08625
Telephone: (609) 984-1286

## Service List
### Parties Named in this Proceeding and their Representatives
For additional parties, attach names, addresses and telephone numbers of each party linked with that representative if any

**2017-26311**   F.H. and M.H. o/b/o J.H. Vs. West Morris Regional High Board of Education

| 1. | Representative of 1 |
|---|---|
|  | **Julie Warshaw** |
|  | Warshaw Law Firm, LLC |
|  | 266 King George Road |
|  | Suite C2 |
|  | Warren |
| TELEPHONE: | NJ 07059 |
|  | TELEPHONE: (973) 433-2121 |

| 1. | Representative of 2 |
|---|---|
| **Michael Ben-David, Superintendent** | **Jodi Howlett** |
| West Morris Regional High B. Of B.Ed | Cleary, Giacobbe, Alfieri & Jacobs, LLC |
| 10 SOUTH FOUR BRIDGES ROAD | 5 Ravine Drive |
| CHESTER, NJ 07930 | Matawan NJ 07747 |
| TELEPHONE: (908) 879-9640 | TELEPHONE: (732) 583-7474 |

| 3. | Representative of 3 |
|---|---|
| **David Leigh, Director of Special Education** | **SAME AS ABOVE** |
| Administration Building |  |
| Four Bridges Road |  |
| Chester, NJ 07930 |  |
| TELEPHONE: (908) 879-6404 |  |

| 4. | Representative of 4 |
|---|---|
|  |  |
| TELEPHONE: | TELEPHONE: |

New Jersey State Department of Education
Office of Special Education Policy and Procedure

# Case Information

**County:** Morris  **Agency:** 2017-26311

**Case Name:** F.H. and M.H. o/b/o J.H. Vs. West Morris Regional High Board of Education

**Date Received OSEP:** 5/30/2017

**OAL Scheduling Information:**

   Hearing Date: 8/10/2017      Hearing Time: 9:00 am
   Mediator:     Dominic Rota
   OAL Contact: Daniella Cerisola
   Location:     Office of Administrative Law-Newark

**Dispute Issues:** On behalf of minor student, Petitioners seek classification as *OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

**Student's Name:** Jenna Humcke
**Eligibility:**                    **Birthday:** 3-JAN-2001

**Interpreter Needed For:**

**Notes to ALJ:**

**Petitioners want mediation. District updated 6/6/17. Parties agree to adjourn until 7/27/17. Zero federal days used.**

\* other Health Impairment



Chris Christie
*Governor*

Kim Guadagno
*Lt. Governor*

# State of New Jersey
DEPARTMENT OF EDUCATION
PO Box 500
TRENTON, NJ 08625-0500

Kimberley Harrington
*Commissioner*

July 28, 2017

To: █████████

From: Dominic Rota
Office of Special Education Policy and Procedure

Subject: **Notice of Due Process Hearing Transmittal
To the Office of Administrative Law**

Case Name: F.H. and M.H. o/b/o J.H. Vs. West Morris Regional High Board of Education
Agency Reference: **2017- 26311**

Please be advised that the above referenced matter has been transmitted to the Office of Administrative Law (OAL). A hearing before an Administrative Law Judge has been scheduled for:

Date: 8/10/2017

Time: 9:00 am

Location: Office of Administrative Law-Newark
33 Washington Street
Newark NJ 07102-
(973) 648-7136

Judge: Giordano Robert J.( Newark )

**Nature of Proceeding:**
On behalf of minor student, Petitioners seek classification as OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

**PLEASE TAKE NOTE OF THE FOLLOWING IMPORTANT INFORMATION:**

1) You have the right to be represented by an attorney or by an individual with special knowledge and training regarding handicapped children. Parents and guardians should have received information concerning legal assistance. If you still need this information, call the Office of Special Education Policy and Procedure at (609) 984-1286.

2) Parents and Guardians have a right to examine relevant school records relating to their child. If you have not seen those records, contact the Board of Education immediately.

3) All evidence including documents and summaries of expected testimony that either party intends to use at the hearing must be disclosed to the other party at least 5 days before the hearing. If you do not comply with this requirement, you may be prevented from presenting the evidence at the hearing.

4) A judge will decide the case based only on what is presented at the hearing. If you would like the judge to consider any papers, you must have them at the hearing. If you want any witnesses to testify, you must arrange for their attendance at the hearing. If you are not sure that they will attend the hearing, you should serve them with a subpoena and the appropriate fee. This should occur within a reasonable time before the hearing, and if possible, at least three days before the hearing.

5) Legal briefs and other memoranda or argument cannot be submitted after the hearing. You should be prepared to offer these submissions at the hearing with the final argument.

6) If you do not attend the hearing, the judge may dismiss your case or order that an action requested by the other side be granted.

7) The procedure for this hearing is fully set out in the Uniform Administrative Procedure rules N.J.A.C. 1:6A-1.1 et seq. and N.J.A.C. 1:1-1 et seq.

c:  Dr. David Leigh
    Michael Ben-David
    Jodi S. Howlett
    Julie Warshaw