# WARSHAW LAW FIRM, LLC

266 King George Road, Suite I
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^
Alycia Swift, Esq. °~

*Of Counsel:*
David B. Warshaw, Esq. °~^
William Jeffery, Esq. °

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania `

November 14, 2018

Via Facsimile at (973) 648-6124
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Docket No.: EDS 10706-2017, Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

This office represents the Petitioners in the above referenced matter. This morning at 7:24 am I received the attached email from counsel informing me that there was no oral argument for today. There is also information about post hearing briefs being due to the Court on December 17, 2018 and if we wanted to have oral argument, the Court will schedule it.

I raise a concern with Your Honor that this information does not appear to have been provided to me on a timely basis, as it seems unlikely that counsel would have first learned of this just this morning. I would like to know when counsel was advised by this Court as to the fact that oral argument was adjourned. Further, this is not the first time that counsel has not informed me prior to her contacting this Court, as I would like to participate in those communications. I am respectfully requesting that from this date forward, that no conversations take place with counsel without both counsel on the phone or that information from the Court be conveyed to both counsel, simultaneously, in writing.

Lastly, I will speak to my client about oral argument and advise the Court as to whether or not they will request it. Please advise counsel as to the maximum number of pages for the post submission briefs and please confirm that the briefs are due on December 17, 2018, as I have not received any notice from the Court.

Thank you for your time and consideration.

Respectfully Submitted,

By: _____

Julie Warshaw, Esq.

JW/
Enclosure - 1 page

cc:    Jodi Howlett, Esq. (Via Email)
       F.H. and M.H. (Via Email)

From: Jodi Howlett jhowlett@cgajlaw.com
Subject: J.H. v. West Morris
Date: November 14, 2018 at 7:24 AM
To: J Warshaw jwarshaw@warshawlawfirm.com



Good morning,

The Court advised that there is no oral argument today and a control date for the post-hearing briefs is scheduled for December 17, 2018 at 1:00 pm. Judge Betancourt will not be scheduling a new oral argument date unless it is specifically requested by counsel. I will likely not be requesting argument.

A notice from the Court should be forthcoming.

Regards,

Jodi S. Howlett, Esq.
Cleary Giacobbe Alfieri Jacobs, LLC
955 Route 34, Suite 200
Matawan, New Jersey 07728
(732) 583-7474 phone
Jhowlett@cgajlaw.com

# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

**Reply to: Matawan Office**

November 9, 2018

**Via E-Mail (Diana.Batista@oal.nj.gov) and NJLS**
Honorable Thomas R. Betancourt, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

Re:     F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
        OAL Dkt. No.: EDS 10706-2017
        Agency Ref. No.: 2017-26311

Dear Judge Betancourt:

As Your Honor is aware, this firm represents Respondent West Morris Regional High School District Board of Education ("District") in the above-referenced matter.

The Court has scheduled oral argument on the parties' post-hearing briefs for next Wednesday, November 14, 2018. The undersigned, however, has yet to receive the testimony transcripts from the four (4) hearing dates in this matter. Upon contacting the transcription company (CRT), I was informed that the data for at least one of the hearing dates had "not yet been received."

In consideration of the foregoing, Respondent respectfully requests that the oral argument be postponed until such time as the transcripts are completed and the parties are able to submit their respective post-hearing briefs.

The undersigned appreciates You Honor's attention to this matter.

Respectfully submitted,

Jodi S. Howlett

cc:     Julie Warshaw, Esq., counsel for Petitioners (via e-mail)

---

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601

www.cgajlaw.com

# WARSHAW LAW FIRM, LLC

266 King George Road, Suite I
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^
Caryn Fitzgerald, Esq. °~

*Of Counsel:*
David B. Warshaw, Esq. °~^

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania `

October 12, 2018

Via Facsimile at (973) 648-6124
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Docket No.: EDS 10706-2017
Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

This office represents the Petitioners in the above referenced matter. As Your Honor is aware, we ordered the transcripts in this case but have not yet received them. I have followed up with this request and today I received a call from Martha Arnold at the Department of Education and she indicated that there have been changes in their department and she is now the person handling the ordering of transcripts. She will look into why these were not completed and she assured me that she would get them to us as soon as possible. Counsel for Respondent can contact Ms. Arnold directly to order their copy. Upon receipt of said transcripts, we will notify the Court.

Thank you for your time and attention to this matter.

Respectfully Submitted,

By: _____
Julie Warshaw, Esq.

JW/
cc: Jodi Howlett, Esq. (Via Email)
F.H. and M.H. (Via Email)



# WARSHAW LAW FIRM, LLC

266 King George Road, Suite I
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^

*Of Counsel:*
David B. Warshaw, Esq. °~^
William Jeffery, Esq. °

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania ·

October 8, 2018

Via Facsimile at (973) 648-6124
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

OK

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Docket No.: EDS 10706-2017
Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

This office represents the Petitioners in the above referenced matter. As this Court indicated, our summations are due on October 11, 2018. It is my understanding that they are to be written summations. As Your Honor is aware, I ordered the transcripts several times for this case and to date, I have only received one transcript from the April 23, 2018 hearing date. I believe that the transcripts are needed to draft the summations. Therefore, due to the delay by the transcription company, I am requesting an adjournment of the October 11, 2018 date and instead, request that upon receipt of the transcripts, we will notify the Court of such and then respectfully request 30 days in which to submit the written summations. We would also like clarification as to whether or not Your Honor has a page limit to these summations or any other specific instructions for them.

Thank you for your time and consideration.

Respectfully Submitted,

By: _____
Julie Warshaw, Esq.

JW/
cc: Jodi Howlett, Esq. (Via Email)
F.H. and M.H. (Via Email)

## Batista, Diana

| | |
|---|---|
| **From:** | Batista, Diana |
| **Sent:** | Wednesday, March 28, 2018 11:49 AM |
| **To:** | 'J Warshaw'; Howlett Jodi |
| **Subject:** | OAL Dkt. NO. EDS 10706-2017 F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education |

**Importance:**     High

I am writing to confirm the telephone status conference scheduled for tomorrow March 29, 2018 at 1:30 p.m.  The Court will initiate the call.

Regards,

**DIANA BATISTA**
*Judicial Assistant I to:*
*Honorable Thomas R. Betancourt 973-648-6084*
*Honorable John P. Scollo 973-648-6051*
*Honorable Carol I. Cohen, t/a 973-648-6036*
*Honorable Ken R. Springer, t/a 973-648-6038*
*Honorable Mumtaz Bari-Brown, t/a 973-648-6069*



**STATE OF NEW JERSEY**
**OFFICE OF ADMINISTRATIVE LAW**

*CONFIDENTIALITY NOTICE: This email message and all attachments transmitted with it may contain State of New Jersey legally privileged and confidential information intended solely for the use of the addressee only. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachment is prohibited. If you have received this message in error, please notify the sender immediately and delete this message.*



**PHONE CALL**

FOR _Dina_   DATE _3/28/18_   TIME _10:02_ A.M. / PM

M _Megan_

OF _Jody Hallet Office_

PHONE _(732) 583-7474_

MESSAGE _re: J.H. v West_
_Morris_

SIGNED _Dena_

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [x] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

# WARSHAW LAW FIRM, LLC
### 266 King George Road, Suite C2
### Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^
Caryn Fitzgerald, Esq. °~

*Of Counsel:*
David B. Warshaw, Esq. °~^

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania `

March 27, 2018

Via Facsimile (973) 648-6124
Honorable Thomas Betancourt, A.L.J.
33 Washington Street, 7th Floor
Newark, New Jersey 07102

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education
OAL Docket No.: EDS 10706-2017 N
Agency Ref. No.: 2017-26311

Dear Judge Betancourt:

This office represents the Petitioners in the above captioned matter. As Your Honor is aware, we have been attempting to get additional dates for this due process hearing. Since I have not heard from my adversary in this regard, we are seeking a telephone conference with the Court. This due process hearing is currently scheduled for April 6 and April 9, 2018. I have already scheduled two experts to testify on the morning of April 9, 2018. Since they are taking time away from their practices, I am respectfully requesting that this be a date certain for them to testify. Further, I am requesting that upon receipt of other available dates in June for our experts to testify, that this Court attempt to hear their testimony on those dates.

Additionally, my clients signed an Authorization form for the release of their daughter's student records on November 3, 2017. Despite on February 26, 2018 Respondent's counsel indicating to this Court that she would provide a copy of J.H.'s student file and Respondent's discovery responses, to date, we have not received them. Petitioners' counsel sent an email to Respondent's counsel on March 13, 2018 again requesting the student file and discovery responses and documents and again, there has been no response. This puts Petitioners at a disadvantage and prejudices Petitioners' case, as our trial binders are due to this Court this week pursuant to the 5- day rule. Petitioners have waited months to receive this information and documents and it is not appropriate for Respondent to possibly produce them under the 5-day rule as that only covers the evidence they want to present at the hearing and will likely not include the rest of the Petitioners' student file and other requested documents. Petitioners have at all times acted in good faith and Respondents have had plenty of time to produce this information and have failed to do so. Therefore, Petitioners respectfully request in lieu of a formal motion, that

Respondent's Answer be stricken and that they be denied the right to present any evidence in this case due to these failures.

Thank you for your time and consideration.

Respectfully Submitted,

By: _____
Julie Warshaw, Esq.

JW/
cc:     Jodi Howlett, Esq. (Via Email)
        F.H. and M.H. (Via Email)

# WARSHAW LAW FIRM, LLC

266 King George Road, Suite C2
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^
Caryn Fitzgerald, Esq. °~

*Of Counsel:*
David B. Warshaw, Esq. °~^

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania `

March 14, 2018

Via Facsimile at (973) 648-6124
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Docket No.: EDS 10706-2017
Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

This office represents the Petitioners in the above referenced matter. As discussed at the settlement conference in this matter on February 26, 2018, this matter is scheduled for a hearing on April 6 and April 9. I need to start scheduling firm dates for experts to testify. Therefore, I am requesting that this Court schedule two more hearing dates so that I can provide them as alternate days to the experts. For now, I will try to schedule experts and witnesses to testify on April 9 but if the district needs more time for their case I will need other dates and to have them be firm dates so that the experts can try to work this into their schedule. In addition, please advise if this Court will hear expert testimony through Skype or video conferencing if needed.

Thank you for your time and consideration.

Respectfully Submitted,

By: _____
Julie Warshaw

cc:   Jodi Howlett, Esq. (Via email only)
      F.H. and M.H. (Via email only)

## Batista, Diana

| | |
|---|---|
| **From:** | Batista, Diana |
| **Sent:** | Wednesday, March 14, 2018 1:08 PM |
| **To:** | 'J Warshaw' |
| **Cc:** | Howlett Jodi |
| **Subject:** | RE: FH and MH o/b/o JH v. West Morris BOE |

**Importance:**     High

Judge Betancourt is in receipt of your letter dated March 14, 2018 requesting alternate dates for hearing.  Please be advised that there is and will be NO ALTERNATE dates for hearing in this case.  Thank you.

**From:** J Warshaw [mailto:jwarshaw@warshawlawfirm.com]
**Sent:** Tuesday, March 13, 2018 5:13 PM
**To:** Batista, Diana <Diana.Batista@oal.nj.gov>
**Cc:** Howlett Jodi <jhowlett@cgajlaw.com>
**Subject:** Re: FH and MH o/b/o JH v. West Morris BOE

Diana, Could you please send us more trial dates as I need to schedule experts. I am currently trying to schedule them for April 9, our second trial date. I do not know how many days the district will need to put their case on. Please advise. Thank you, Julie Warshaw

Julie Warshaw, Esq.
WARSHAW LAW FIRM, LLC
266 King George Road, Suite C2
Warren, NJ 07059
(973) 433-2121, Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
www.warshawlawfirm.com

The information contained in this e-mail message is intended only for the confidential use of the recipient(s) named above. This message is privileged and confidential. If the receiver of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. The sender confirms that Warshaw Law Firm, LLC shall not be responsible if this e-mail message is used for any indecent, unsolicited or illegal purposes, which is in violation of any existing law and the same shall solely be the responsibility of the sender and that Warshaw Law Firm, LLC shall at all times be indemnified of any civil and/or criminal liabilities or consequences therefrom.

**Batista, Diana**

| | |
|---|---|
| **From:** | J Warshaw <jwarshaw@warshawlawfirm.com> |
| **Sent:** | Tuesday, March 13, 2018 5:13 PM |
| **To:** | Batista, Diana |
| **Cc:** | Howlett Jodi |
| **Subject:** | Re: FH and MH o/b/o JH v. West Morris BOE |

Diana, Could you please send us more trial dates as I need to schedule experts. I am currently trying to schedule them for April 9, our second trial date. I do not know how many days the district will need to put their case on. Please advise. Thank you, Julie Warshaw

Julie Warshaw, Esq.
WARSHAW LAW FIRM, LLC
266 King George Road, Suite C2
Warren, NJ 07059
(973) 433-2121, Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
www.warshawlawfirm.com

The information contained in this e-mail message is intended only for the confidential use of the recipient(s) named above. This message is privileged and confidential. If the receiver of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. The sender confirms that Warshaw Law Firm, LLC shall not be responsible if this e-mail message is used for any indecent, unsolicited or illegal purposes, which is in violation of any existing law and the same shall solely be the responsibility of the sender and that Warshaw Law Firm, LLC shall at all times be indemnified of any civil and/or criminal liabilities or consequences therefrom.



## WARSHAW LAW FIRM, LLC
266 King George Road, Suite C2
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. *~^
Caryn Fitzgerald, Esq. *~

*Of Counsel:*
David B. Warshaw, Esq. *~^

Licensed in New Jersey *
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania `

March 5, 2018

Via Facsimile at (973) 648-2358
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

> Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of
> Education
> OAL Docket No.: EDS 10706-2017
> Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

This office represents the Petitioners in the above referenced matter. As discussed at the settlement conference in this matter on February 26, 2018, this matter is scheduled for a hearing on April 6 and April 9. I need to start scheduling firm dates for experts to testify. Therefore, I am requesting that this Court schedule two more hearing dates so that I can provide them as alternate days to the experts. For now, I will try to schedule experts and witnesses to testify on April 9 but if the district needs more time for their case I will need other dates and to have them be firm dates so that the experts can try to work this into their schedule. In addition, please advise if this Court will hear expert testimony through Skype or video conferencing if needed.

Thank you for your time and consideration.

Respectfully Submitted,

By: _____
Julie Warshaw

cc:     Jodi Howlett, Esq. (Via email only)
        F.H. and M.H. (Via email only)

Hearing Dates: 4/9/18
3/5 Provided Avail 7/2, 7/3, 7/25, 8/6, 8/20
8/24 8/28, 8/29

**Batista, Diana**

| | |
|---|---|
| **From:** | Batista, Diana |
| **Sent:** | Monday, March 05, 2018 10:19 AM |
| **To:** | 'J Warshaw'; 'jhowlette@cgajlaw.com' |
| **Subject:** | Request for additional hearing dates |

**Importance:** High

EDS 10706-17 F.H. and M.H. obo J.H. v. West Morris Regional H.S. BOE

The following are dates available on Judge Betancourt's calendar:

7/2, 7/3, 7/25, 8/6, 8/20, 8/24, 8/28, 8/29

At your earliest convenience please advise what dates work for you and your experts. Thank you.


**DIANA BATISTA**
*Judicial Assistant I to:*
*Honorable Thomas R. Betancourt 973-648-6084*
*Honorable John P. Scollo 973-648-6051*
*Honorable Carol I. Cohen, t/a 973-648-6036*
*Honorable Ken R. Springer, t/a 973-648-6038*

This email message and all attachments sent with it may contain confidential information. If you are not the person who was supposed to receive this message, you must not read, share, copy, or use this message or its attachments. If you received this message by mistake, please let me know by sending me an email or by calling me at (973) 648-6019 and deleting this message and any attachments.*

This notification is just a precaution, we are on the OIT email tenant so email address can be selected accidently if the user names are similar.

## Batista, Diana

**From:**      Microsoft Outlook
**To:**        J Warshaw; jhowlette@cgajlaw.com
**Sent:**      Monday, March 05, 2018 10:19 AM
**Subject:**   Relayed: Request for additional hearing dates

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

J Warshaw (jwarshaw@warshawlawfirm.com)

jhowlette@cgajlaw.com (jhowlette@cgajlaw.com)

Subject: Request for additional hearing dates

**Batista, Diana**

| | |
|---|---|
| **From:** | J Warshaw <jwarshaw@warshawlawfirm.com> |
| **Sent:** | Tuesday, April 10, 2018 10:25 PM |
| **To:** | Batista, Diana |
| **Cc:** | Jodi Howlett |
| **Subject:** | Re: FH and MF v. West Morris BOE |

Diana, Please be advised that I just received today correspondence from a District Court Judge indicating that on April 23, 2018 she scheduled a case management conference via telephone at 10:30 am. We are scheduled to be before Judge Betancourt that day. Is there a way that we can take a break in the FH and MH v. West Morris BOE hearing at that time for me to be on that call? There is no one else in my office who can handle that call and the judge will not change the time or date. Please advise. Thank you! Julie Warshaw

Julie Warshaw, Esq.
WARSHAW LAW FIRM, LLC
266 King George Road, Suite C2
Warren, NJ 07059
(973) 433-2121, Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
www.warshawlawfirm.com

The information contained in this e-mail message is intended only for the confidential use of the recipient(s) named above. This message is privileged and confidential. If the receiver of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. The sender confirms that Warshaw Law Firm, LLC shall not be responsible if this e-mail message is used for any indecent, unsolicited or illegal purposes, which is in violation of any existing law and the same shall solely be the responsibility of the sender and that Warshaw Law Firm, LLC shall at all times be indemnified of any civil and/or criminal liabilities or consequences therefrom.

## Batista, Diana

| | |
|---|---|
| **From:** | Betancourt, Thomas |
| **Sent:** | Thursday, April 12, 2018 8:43 AM |
| **To:** | Batista, Diana |
| **Subject:** | FW: IEP Recordings F.H. and M.H. v. West Morris -FURTHER OPPOSITION TO RESPONDENT'S MOTION IN LIMINE |
| **Attachments:** | iep_recording2b.mp3 |

I have four emails from Ms. Warshaw with recordings attached. How many recordings are there? Are they exhibits to her responsive pleading to the motion? If so, I will need actual disc or flash drive appropriately marked as my email cannot be an exhibit. Did she send it to Ms. Howlett? Obviously she intends me to listen to this. Thanks.

**From:** Batista, Diana
**Sent:** Thursday, April 05, 2018 10:01 AM
**To:** Betancourt, Thomas <thomas.betancourt@oal.nj.gov>
**Subject:** FW: IEP Recordings F.H. and M.H. v. West Morris -FURTHER OPPOSITION TO RESPONDENT'S MOTION IN LIMINE

*(4\12)   exhibits to motion*

**From:** J Warshaw [mailto:jwarshaw@warshawlawfirm.com]
**Sent:** Wednesday, April 04, 2018 8:07 PM
**To:** Batista, Diana <Diana.Batista@oal.nj.gov>
**Cc:** Jodi Howlett <jhowlett@cgajlaw.com>
**Subject:** Fwd: IEP Recordings F.H. and M.H. v. West Morris -FURTHER OPPOSITION TO RESPONDENT'S MOTION IN LIMINE

*(handwritten: as well as hearing, She recorded meeting as well.)*

Diana, I furtherance of our opposition to Respondent's motion in limine, I am attaching through two emails a recording of the May 16, 2017 IEP meeting wherein I attended. This recordings show that Dr. David Leigh was the one who brought up the Purnell School to my clients and said it was a good option to consider for J.H. This further supports our position that even though the child study team made their predetermined unilateral decision to classify J.H. as emotionally disturbed, this decision can be looked at in a bubble because even at the second IEP meeting where counsel was present, the director of special education told my clients to go look at the Purnell School because they had a peer group there and it was different than the other schools they were considering. This shows that despite counsels ridiculous arguments, her client at that time, as that was his last day as the director before he retired, was willing to look at the Purnell School for J.H. My clients have reserved their right to present additional evidence if needed at the due process hearing. We intend to present these recordings as well as Exhibit 51. I am sending the Court two separate emails with the first and second part of the meeting recorded. Thank you. Julie Warshaw

Julie Warshaw, Esq.
WARSHAW LAW FIRM, LLC
266 King George Road, Suite C2
Warren, NJ 07059
(973) 433-2121, Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
www.warshawlawfirm.com

The information contained in this e-mail message is intended only for the confidential use of the recipient(s) named above. This message is privileged and confidential. If the receiver of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review,

dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. The sender confirms that Warshaw Law Firm, LLC shall not be responsible if this e-mail message is used for any indecent, unsolicited or illegal purposes, which is in violation of any existing law and the same shall solely be the responsibility of the sender and that Warshaw Law Firm, LLC shall at all times be indemnified of any civil and/or criminal liabilities or consequences therefrom.

## Batista, Diana

| | |
|---|---|
| **From:** | Meghan Kennedy <mkennedy@cgajlaw.com> |
| **Sent:** | Monday, February 12, 2018 5:08 PM |
| **To:** | Batista, Diana |
| **Cc:** | Jodi Howlett; Julie Warshaw |
| **Subject:** | J.H. v. West Morris Regional High School. |
| **Attachments:** | Respondent's Cross Petition For Due Process - J.H. v. West Morris Reg..pdf |

Dear Judge Betancourt:

On behalf of Ms. Howlett, attached please find Respondent's Cross-Petition for Due Process as it relates to the above matter.
Please do not hesitate to contact Ms. Howlett should you have any questions.

*Sincerely,*
*Meghan Kennedy*
Paralegal
Cleary I Giacobbe I Alfieri I Jacobs, LLC
www.cgajlaw.com I mkennedy@cgajlaw.com
955 State Route 34
Suite 200
Matawan, NJ 07747
Tel:  (732) 583-7474
Fax:  (732) 566-7687

**PLEASE NOTE THAT  OUR MATAWAN OFFICE  HAS MOVED.  OUR NEW LOCATION  IS 955 STATE ROUTE 34, SUITE 200, MATAWAN, NEW JERSEY 07747. ALL OTHER CONTACT INFORMATION WILL REMAIN THE SAME.**

This email and any attachments thereto are intended for the exclusive use of the addressee.  The information contained herein may be privileged, confidential or otherwise exempt from disclosure by applicable laws, rules or regulations.  If you have received this email in error and are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is strictly prohibited.  If you have received this in error, please notify the sender immediately at (732) 583-7474 and delete this email and any attachments immediately.  Thank you for your cooperation.

**PHONE CALL**

FOR Betancourt  DATE 2/21/18  TIME 1233 A.M./P.M.

M Julie Warshaw

OF

PHONE (908) 612-8461  CITY v. Warshaw et al

P.H. o/M.H. Oral T.

| | |
|---|---|
| ☐ | TELEPHONED |
| ☐ | RETURNED YOUR CALL |
| ☐ | PLEASE CALL |
| ☐ | WILL CALL AGAIN |
| ☐ | CAME TO SEE YOU |
| ☐ | WANTS TO SEE YOU |

MESSAGE

GDS 10706-17

Hearing v. Settlement

Conf -

Should be Conf.

SIGNED Marie

---

**PHONE CALL**

FOR Betancourt  DATE 9/2/18  TIME 1234 A.M./P.M.

M Howlett, Jodi

OF

PHONE 732-583-7424

| | |
|---|---|
| ☐ | TELEPHONED |
| ☐ | RETURNED YOUR CALL |
| ☐ | PLEASE CALL |
| ☐ | WILL CALL AGAIN |
| ☐ | CAME TO SEE YOU |
| ☐ | WANTS TO SEE YOU |

MESSAGE

Oal Dkt

GDS 10706-17

Sent new letter?

Confirmation of

SIGNED Marie

# WARSHAW LAW FIRM, LLC

266 King George Road, Suite C2
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^
Caryn Fitzgerald, Esq. °~

*Of Counsel:*
David B. Warshaw, Esq. °~^

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania '

*OK —*

*NO*
*STATUS*
*CONF*

February 21, 2018

Via Facsimile (973) 648-6124
Honorable Thomas Betancourt, A.L.J.
33 Washington Street, 7th Floor
Newark, New Jersey 07102

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education
OAL Docket No.: EDS 10706-2017 N
Agency Ref. No.: 2017-26311

Dear Judge Betancourt:

This office represents the Petitioners in the above captioned matter. I am in receipt of an emailed letter to Your Honor by Ms. Howlett dated today regarding missing discovery. I have double checked my file and all of my emails and to date, Ms. Howlett never served my clients or me with any discovery requests. She did request that my clients sign authorizations so that the district could obtain information from the Purnell School and those authorizations were promptly signed. If Ms. Howlett is having difficulty obtaining information from the Purnell School it is likely because, as she is fully aware, they have a policy that they do not release student information in matter such as these. However, at no time did Ms. Howlett request such tuition payment information from me or from my clients. If she had, I would gladly have provided it to her. In fact, as a good faith gesture, I have attached the documents to this letter as well as my client's grades and a letter from the Purnell School.

To clarify, the district has NOT provided any documents to Petitioners or to me. I have made a request for documents and to date, none have been provided.

As for narrowing the scope of the hearing, my clients object to this tactic. Although we believe that the independent evaluation speaks volumes about the actual disabilities of this student and the lack of any finding of a diagnosis of "emotionally disturbed," Petitioners believe that the district is merely attempting to circumvent pertinent issues in the case and they respectfully request that they be heard on all issues set forth in their Amended Request for Due Process.

Lastly, Ms. Howlett and I just spoke and we are in agreement that we believe it would be productive to have the hearing date of Monday, February 26, 2018 as a

settlement conference instead of starting the hearing that day and we jointly and respectfully request same. If we are unable to resolve the matter on Monday, then we can bring our trial binders to Court and exchange them on that day.

Thank you for your time and attention to this matter.

Respectfully Submitted,

By: _____
Julie Warshaw

JW/
Enclosures: 5 pages
cc:     Jodi Howlett, Esq. (Via Email)
        F.H. and M.H. (Via Email)



**TUITION MANAGEMENT SYSTEMS**

*Helping Families Afford Education*

| MANAGE MY ACCOUNT | LINK MY ACCOUNTS | | | | | ⟲ Log-Out |

Welcome, ▮▮▮▮▮▮                          **Thursday, October 12, 2017 6:02 PM**

| Account Overview | Billing & Payments | Adjust Budget / View Costs | Re-Enroll | Personal Information | Leaving School? | Communication Preferences | Help Center |

ACC# ▮▮▮▮▮▮▮▮

# Confirmation

Thank you for choosing TMS. Please print this page for your records.

Payment Information:

| | |
|---|---|
| Date: | 10/12/2017 |
| Payer Name: | ▮▮▮▮▮▮▮▮▮ |
| TMS Account Number: | ▮▮▮▮▮▮▮▮ |
| Confirmation Number: | 257924038 |
| Amount: | $7,482.99 |
| Total Amount | $7,482.99 |
| Routing Number: | ▮▮▮▮▮▮ |
| Account Number: | ▮▮▮▮▮▮ |

Your transaction has been processed and posted to your account. This payment could appear on your bank statement as follows:

- Purnell School – TMSMPP – $7,482.99

You will pay a fee for all returned payments along with any fees that your school may assess.

You will receive an email notification on how to view and acknowledge your TIL for this payment plan.



Call 800-722-4867
Outside U.S. and Canada
Call 401-921-3999
Need Help? Call Us:
8 AM - 10 PM M-F (ET)
Help Center

**All Rights Reserved 2017**

- Privacy Statement
- Careers

▮▮▮▮▮▮▮▮▮▮▮▮▮

PTM21MAFWWW



PNC Online Banking

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 04/01/2017 | Check 5811 | $18,345.00 | |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.



PURNELL SCHOOL

October 15, 2017

To Whom It May Concern:

I am the Associate Head of School at Purnell School where ███████ is enrolled in the 11ᵗʰ grade. ████ is carrying a full academic schedule, and her current grades are as follows:

| | |
|---|---|
| English | 94% |
| Algebra II | 102% |
| Conceptual Physics | 94% |
| Comparative Government | 96% |
| Art History: Art and Mythology | 99% |
| Introduction to Photography | 93% |
| 11ᵗʰ Grade Class Seminar | 100% |

In addition to performing very well academically, ████ is also a member of the Debate Club.

Very truly yours,

Anne Glass, Ed.M.
Associate Head of School

51 Pottersville Road, P.O. Box 500, Pottersville, New Jersey 07979
(908) 439-2154



# PURNELL SCHOOL

**10-12-17**

**To Whom This May Concern:**

Since the school year started, ▮▮▮▮ has been doing very well at Purnell. She has been keeping up with all of her classes and turning in all of her work on time. ▮▮▮▮ has been very organized and knows all of her assignments. Even when she was out sick for a few days, ▮▮▮▮ seemed comfortable asking each teacher for help. She set up meetings with each one to go over missed work. She seems to be a great advocate for herself.

I have been meeting with ▮▮▮▮ weekly and she explains how she is enjoying coming to Purnell and is starting to feel as though she is good at school. She has been opening up and is willing to work on some of her social anxiety surrounding school. She appears to be really trying to find herself here and is enjoying doing so. I think Purnell has been a great fit for ▮▮▮▮ thus far.

Sincerely,

*Megan DuVall*
Megan Du Vall

**School Counselor**
**Director of Advising**

# PURNELL SCHOOL

October 9, 2017

To whom it may concern:

This letter is to verify that, ▇▇▇▇▇▇▇▇, of Long Valley, NJ, has been in attendance, receiving educational services, at Purnell School.

▇▇▇▇ was in attendance 22 out of 25 days for September 2017- October 6 2017.

Please contact me if you need additional information or have any questions at 908-439-4086 or ngray@purnell.org

Sincerely

*Noelle Gray*

Noelle Gray
Enrollment Coordinator

51 POTTERSVILLE ROAD • POTTERSVILLE, NEW JERSEY 07979
908/439-2154 • FAX 908/439-2090 • E-MAIL: INFO@PURNELL.ORG

**Batista, Diana**

| | |
|---|---|
| **From:** | Meghan Kennedy <mkennedy@cgajlaw.com> |
| **Sent:** | Wednesday, February 21, 2018 11:10 AM |
| **To:** | Batista, Diana |
| **Cc:** | Jodi Howlett; Julie Warshaw |
| **Subject:** | J.H. v. West Morris Regional High School |
| **Attachments:** | Request for Telephone Conference  - J.H. v. West Morris Reg...pdf |

Dear Judge Betancourt:

On behalf of Ms. Howlett, please find a request for a telephone conference as it relates to the above matter. If you should have any questions, please do not hesitate to contact this office.

*Sincerely,*
*Meghan Kennedy*
Paralegal
Cleary I Giacobbe I Alfieri I Jacobs, LLC
www.cgajlaw.com I mkennedy@cgajlaw.com
955 State Route 34
Suite 200
Matawan, NJ 07747
Tel:  (732) 583-7474
Fax:  (732) 566-7687

**PLEASE NOTE THAT OUR MATAWAN OFFICE HAS MOVED. OUR NEW LOCATION IS 955 STATE ROUTE 34, SUITE 200, MATAWAN, NEW JERSEY 07747. ALL OTHER CONTACT INFORMATION WILL REMAIN THE SAME.**

This email and any attachments thereto are intended for the exclusive use of the addressee.  The information contained herein may be privileged, confidential or otherwise exempt from disclosure by applicable laws, rules or regulations.  If you have received this email in error and are not the intended recipient, you are hereby placed on notice that any use, distribution, copying or dissemination of this communication is strictly prohibited.  If you have received this in error, please notify the sender immediately at (732) 583-7474 and delete this email and any attachments immediately.  Thank you for your cooperation.

OK.
Schedule Conf.

# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

Reply to: Matawan Office

February 21, 2018

**Via E-Mail (Diana.Batista@oal.nj.gov) and NJLS**
Honorable Thomas R. Betancourt, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

Re:   F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Dkt. No.: EDS 10706-2017
Agency Ref. No.: 2017-26311

## REQUEST FOR TELEPHONE CONFERENCE

Dear Judge Betancourt:

As Your Honor is aware, this firm represents Respondent West Morris Regional High School District Board of Education ("District") in the above-referenced matter.   On behalf of Respondent, the undersigned respectfully submits this correspondence as a request for a telephone conference to discuss discovery and the scope of the plenary hearing.

Despite repeated requests, the District has yet to receive any pupil records or other documentation related to Petitioners' unilateral placement of J.H. at Purnell School.  Specifically, the undersigned has sent numerous requests to Purnell School for a complete and accurate copy of J.H.'s file.  As this matter involves Petitioners' demand for tuition reimbursement, the District is entitled to no less than Petitioners' enrollment contract and proof of payment, as well as information concerning the program and services being provided to J.H. at Purnell School.

Additionally, in accordance with N.J.A.C. 1:6A-10.1, the parties are required to engage in the informal exchange of information in advance of the hearing.  While the District has provided Petitioners with all relevant and requested records in its possession, Petitioners have failed to provide the District with a single document related to J.H.'s unilateral placement or their position that J.H. is entitled to a change in classification.

955 State Route 34
Suite 200
Matawan, NJ 07747
Tel 732 583-7474
Fax 732 290-0753

169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601

www.cgajlaw.com

Further, on February 12, 2018, the District filed a cross-petition in this matter seeking, *inter alia*, an Order narrowing the scope of the plenary hearing to whether J.H. meets the eligibility criteria of "specific learning disability" under N.J.A.C. 6A:14-3.5(c)(12), as asserted by Petitioners. Clearly, Petitioners are revoking their consent to J.H.'s classification of "emotionally disturbed" and the IEP that was developed based upon this classification. Narrowing the scope of the hearing to the issue of eligibility would significantly shorten the duration and complexity of the hearing. Accordingly, in the interest of judicial economy and efficiency, the District respectfully requests that the nature of the hearing be limited to J.H.'s eligibility.

Based upon the foregoing, and due to the imminent hearing date scheduled for Monday, February 28, 2018, the undersigned submits this herein request for a telephone conference at the Court's earliest convenience.

Respectfully submitted,

Jodi S. Howlett

cc:    Julie Warshaw, Esq., counsel for Petitioners (via e-mail)

# CLEARY ▌ GIACOBBE ▌ ALFIERI ▌ JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

Reply to: Matawan Office

February 21, 2018

**Via E-Mail (Diana.Batista@oal.nj.gov) and NJLS**
Honorable Thomas R. Betancourt, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

Re:   F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
      OAL Dkt. No.: EDS 10706-2017
      Agency Ref. No.: 2017-26311

## REQUEST FOR TELEPHONE CONFERENCE

Dear Judge Betancourt:

As Your Honor is aware, this firm represents Respondent West Morris Regional High School District Board of Education ("District") in the above-referenced matter.   On behalf of Respondent, the undersigned respectfully submits this correspondence as a request for a telephone conference to discuss discovery and the scope of the plenary hearing.

Despite repeated requests, the District has yet to receive any pupil records or other documentation related to Petitioners' unilateral placement of J.H. at Purnell School. Specifically, the undersigned has sent numerous requests to Purnell School for a complete and accurate copy of J.H.'s file. As this matter involves Petitioners' demand for tuition reimbursement, the District is entitled to no less than Petitioners' enrollment contract and proof of payment, as well as information concerning the program and services being provided to J.H. at Purnell School.

Additionally, in accordance with N.J.A.C. 1:6A-10.1, the parties are required to engage in the informal exchange of information in advance of the hearing.  While the District has provided Petitioners with all relevant and requested records in its possession, Petitioners have failed to provide the District with a single document related to J.H.'s unilateral placement or their position that J.H. is entitled to a change in classification.

---

955 State Route 34                                                   169 Ramapo Valley Road
Suite 200                                                                  Upper Level 105
Matawan, NJ 07747                                                       Oakland, NJ 07436
Tel 732 583-7474                                                          Tel 973 845-6700
Fax 732 290-0753                                                         Fax 201 644-7601

Further, on February 12, 2018, the District filed a cross-petition in this matter seeking, *inter alia*, an Order narrowing the scope of the plenary hearing to whether J.H. meets the eligibility criteria of "specific learning disability" under N.J.A.C. 6A:14-3.5(c)(12), as asserted by Petitioners. Clearly, Petitioners are revoking their consent to J.H.'s classification of "emotionally disturbed" and the IEP that was developed based upon this classification. Narrowing the scope of the hearing to the issue of eligibility would significantly shorten the duration and complexity of the hearing. Accordingly, in the interest of judicial economy and efficiency, the District respectfully requests that the nature of the hearing be limited to J.H.'s eligibility.

Based upon the foregoing, and due to the imminent hearing date scheduled for Monday, February 28, 2018, the undersigned submits this herein request for a telephone conference at the Court's earliest convenience.

Respectfully submitted,

Jodi S. Howlett

cc:     Julie Warshaw, Esq., counsel for Petitioners (via e-mail)

Case 2:19-cv-14465-SDW-LDW   Document 13-22   Filed 11/26/19   Page 34 of 44 PageID: 1503

# WARSHAW LAW FIRM, LLC

266 King George Road, Suite C2
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. *~^
Caryn Fitzgerald, Esq. *~

*Of Counsel:*
David B. Warshaw, Esq. *~^

Licensed in New Jersey *
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania +

October 16, 2017

Via Facsimile at (973) 648-2358
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Docket No.: EDS 10706-2017
Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

This office represents the Petitioners in the above referenced matter. As per our telephone conference with Your Honor on October 13, 2017, I am writing this letter to confirm that as per Your Honor's request, Petitioners will file a motion to amend their first due process action and voluntarily withdraw their second due process action if the motion is granted. In addition, Petitioners will sign the authorization forms for the district to obtain information about J.H.'s current placement, but they will be limited to information that the Purnell School is willing to release. Petitioners have already been obtaining some of the information requested by the district. The Court will schedule another telephone conference after these are accomplished.

Thank you for your time and consideration.

Respectfully Submitted,

By: Julie Warshaw, Esq.

JW/
cc:     F.H. and M.H. (Via Email)
        Jodi Howlett, Esq. (Via facsimile at 732-290-0753)

# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

*OK*

**JODI S. HOWLETT**, Partner
jhowlett@cgajlaw.com

Reply to: Matawan Office

*10/13 Conf call
Howlett
to initiate*

October 6, 2017

**Via Facsimile (973) 648-2358 and NJLS**
Honorable Thomas Betancourt, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

Re:  F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
     OAL Dkt. No.: EDS 10706-2017
     Agency Ref. No.: 2017-26311

Dear Judge Betancourt:

As the Court is aware, this firm represents Respondent West Morris Regional High School District Board of Education ("Board") in the above-referenced matter.

As a follow-up to the parties telephone conference before Your Honor on September 21, 2017, please be advised that the undersigned has received neither a release of records signed by Petitioners nor any documents related to J.H.'s enrollment and attendance at Purnell School. As discussed in the telephone conference, the Board is entitled to discovery in advance of responding to Petitioners' Motion for Summary Decision, especially where Petitioners are demanding the Board reimburse Petitioners for the cost of J.H.'s unilateral placement at Purnell School.

Additionally, as Your Honor may not yet be aware, on September 27, 2017, Petitioners filed a second petition for due process with the Office of Special Education Policy and Procedure (Agency Ref. No. 2018-26985). In the newly-filed petition, Petitioners seek, *inter alia*, that their Motion for Summary Decision apply to both due process actions, despite the fact that the second petition is based upon "new facts" and "new grounds."

In light of the foregoing, the Board requests a telephone conference with Your Honor to determine how the Court wishes to proceed in this matter.

---

955 State Route 34
Suite 200
Matawan, NJ 07747
Tel 732 583-7474
Fax 732 290-0753

169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601

www.cgajlaw.com

Respectfully submitted,

/s/ Jodi S. Howlett

Jodi S. Howlett

cc:    Julie Warshaw, Esq., counsel for Petitioners (via e-mail and NJLS)



# *CLEARY GIACOBBE ALFIERI JACOBS LLC*

Attorneys at Law
Lakeview Professional Building
5 Ravine Drive
P.O. Box 533
Matawan, New Jersey 07747
(732) 583-7474
Fax (732) 290-0753

**Fax Cover Sheet**

## PERSONAL AND CONFIDENTIAL

| | |
|---|---|
| To: | Honorable Thomas R. Betancourt, ALJ |
| Fax: | (973) 648-2358 |
| From: | Jodi S. Howlett, Esq. |
| Date: | October 4, 2017 |
| Re: | F.H. and M.H. o/b/o J.H. v. West Morris Regional High School, BOE<br>Agency Ref. No.: 2017-26311 |

Please call 732/583-7474 if you did not receive 3 pages including cover page

# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

Reply to: Matawan Office

October 6, 2017

**Via Facsimile (973) 648-2358 and NJLS**
Honorable Thomas Betancourt, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

Re:    F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
       OAL Dkt. No.: EDS 10706-2017
       Agency Ref. No.: 2017-26311

Dear Judge Betancourt:

As the Court is aware, this firm represents Respondent West Morris Regional High School District Board of Education ("Board") in the above-referenced matter.

As a follow-up to the parties telephone conference before Your Honor on September 21, 2017, please be advised that the undersigned has received neither a release of records signed by Petitioners nor any documents related to J.H.'s enrollment and attendance at Purnell School. As discussed in the telephone conference, the Board is entitled to discovery in advance of responding to Petitioners' Motion for Summary Decision, especially where Petitioners are demanding the Board reimburse Petitioners for the cost of J.H.'s unilateral placement at Purnell School.

Additionally, as Your Honor may not yet be aware, on September 27, 2017, Petitioners filed a second petition for due process with the Office of Special Education Policy and Procedure (Agency Ref. No. 2018-26985). In the newly-filed petition, Petitioners seek, *inter alia*, that their Motion for Summary Decision apply to both due process actions, despite the fact that the second petition is based upon "new facts" and "new grounds."

In light of the foregoing, the Board requests a telephone conference with Your Honor to determine how the Court wishes to proceed in this matter.

---

955 State Route 34                                    169 Ramapo Valley Road
Suite 200                                              Upper Level 105
Matawan, NJ 07747                                      Oakland, NJ 07436
Tel 732 583-7474                                       Tel 973 845-6700
Fax 732 290-0753                                       Fax 201 644-7601

www.cgajlaw.com

Respectfully submitted,

_/s/ Jodi S. Howlett_
Jodi S. Howlett

cc:     Julie Warshaw, Esq., counsel for Petitioners (via e-mail and NJLS)

# WARSHAW LAW FIRM, LLC

266 King George Road, Suite C2
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. *~^
Caryn Fitzgerald, Esq. *~

*Of Counsel:*
David B. Warshaw, Esq. *~^

-----------------------------
Licensed in New Jersey *
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania `

October 10, 2017

Via Facsimile at (973) 648-2358
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

    Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of
Education
OAL Docket No.: EDS 10706-2017
Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

    This office represents the Petitioners in the above referenced matter. I am in receipt of Respondent's letter to the Court dated October 6, 2017.

    During our telephone conversation with Your Honor on September 21, 2017, I mentioned that I had just received an hour before our conference call a letter from Respondent's counsel requesting releases and authorizations to observe my client at her new school. Respondent's counsel is now claiming that they are entitled to discovery in advance of responding to Petitioner's motion for summary decision. However, this claim is false. The issue in the case and the basis for Petitioner's motion for summary decision is that Respondent failed to provide an appropriate IEP and placement for J.H. forcing my clients to seek an appropriate unilateral placement for their daughter. The issue in this and all unilateral placement cases is whether or not the district provided an appropriate placement or not. The issue is not if the current placement is appropriate. If not, the parents were entitled to seek an appropriate placement and therefore would be entitled to reimbursement from the district. Whether or not the unilateral placement is appropriate is not relevant to the determination by this Court that the district failed to provide an appropriate placement in the least restrictive environment for J.H. prior to the unilateral placement being made. Therefore, Respondents cannot use the appropriateness of J.H.'s current program to negate their responsibilities under the IDEA.

    Further, my clients, have been trying to resolve this matter but there has been no communication from Respondent's counsel until now. There was more than a month between August and September without any response from Respondent's counsel and no

communication since the September 21, 2017 conference call with Your Honor until their October 6, 2017 letter to the Court. In the interest of settlement, my clients are trying to get information about J.H. from the current school to provide to the district. However, Respondents have not sent any discovery requests to Petitioners. Thus, they cannot claim that their discovery has not been answered. Further, discovery regarding J.H.'s current placement is not relevant to the Respondent answering the claims set forth in Petitioners' motion for summary decision.

Petitioners have also filed a separate due process action covering new information, new events, and further violations by the district because Respondent's counsel would not consent to Petitioners filing an Amended Due Process to include the new violations and new information from two independent evaluators, whose reports support Petitioners' claims.

Petitioners respectfully request that this Court set a hearing date for the motion for summary decision to be heard. Petitioners' counsel will also gladly participate in a telephone conference with this Court.

Thank you for your time and attention to this matter.

Respectfully Submitted,

By: _____
Julie Warshaw, Esq.

JW/
cc:     Jodi Howlett, Esq. (Via facsimile at 732-290-0753)
        F.H. and M.H. (Via Email)

Betancourt 8/11

# CLEARY |GIACOBBE |ALFIERI |JACOBS LLC

RECEIVED  **JODI S. HOWLETT, Partner**
jhowlett@cgajlaw.com

2017 AUG -9  P 4:46

**Reply to: Matawan Office**

STATE OF NEW JERSEY
OFFICE OF ADMIN. LAW

August 7, 2017

**Via Facsimile (732) 648-2358 and Overnight Delivery**
Honorable Robert J. Giordano, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

EDS - 10706-17

Re:     F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education
        Agency Ref. No.: 2017-26311

Dear Judge Giordano:

Please be advised that this firm represents Respondent West Morris Regional High School Board of Education ("Board") with respect to the above-referenced matter.

The Board respectfully request an adjournment of the initial conference scheduled in this matter for August 10, 2017 at 9:00 a.m. Specifically, due to the unavailability of a representative of the Board to appear at the scheduled date and time.

Petitioners' counsel, Julie Warshaw, Esq., has been notified of Respondent's adjournment request and has declined to consent The undersigned appreciates Your Honor's consideration of Respondent's request and would be happy to participate in a telephone conference, if necessary.

Very truly yours,

Jodi S. Howlett

cc:     Julie Warshaw, Esq. – Petitioners' counsel (via e-mail and regular mail)

---

5 Ravine Drive
PO Box 533
Matawan, NJ 07747
Tel 732 583-7474
Fax 732 290-0753

169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601

www.cgajlaw.com

# CLEARY |GIACOBBE |ALFIERI |JACOBS LLC

8|10

**JODI S. HOWLETT, Partner**
jhowlett@cgajlaw.com

**Reply to: Matawan Office**

August 7, 2017

**<u>Via Facsimile (732) 648-2358 and Overnight Delivery</u>**
Honorable Robert J. Giordano, ALJ
Office of Administrative Law
State of New Jersey
33 Washington Street
Newark, New Jersey 07102

EDS - 10706-17

Re: ‾ F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education
Agency Ref. No.: 2017-26311

Dear Judge Giordano:

Please be advised that this firm represents Respondent West Morris Regional High School Board of
Education ("Board") with respect to the above-referenced matter.

The Board respectfully request an adjournment of the initial conference scheduled in this matter for
August 10, 2017 at 9:00 a.m. Specifically, due to the unavailability of a representative of the Board to
appear at the scheduled date and time.

Petitioners' counsel, Julie Warshaw, Esq., has been notified of Respondent's adjournment request and
has declined to consent The undersigned appreciates Your Honor's consideration of Respondent's
request and would be happy to participate in a telephone conference, if necessary.

Very truly yours,

Jodi S. Howlett

cc: Julie Warshaw, Esq. -- Petitioners' counsel (via e-mail and regular mail)

---

**5 Ravine Drive**
**PO Box 533**
**Matawan, NJ 07747**
Tel 732 583-7474
Fax 732 290-0753

**169 Ramapo Valley Road**
**Upper Level 105**
**Oakland, NJ 07436**
Tel 973 845-6700
Fax 201 644-7601

www.cgajlaw.com

TOTAL P.02



# CLEARY GIACOBBE ALFIERI JACOBS LLC

Attorneys at Law
Lakeview Professional Building
5 Ravine Drive
P.O. Box 533
Matawan, New Jersey 07747
(732) 583-7474
Fax (732) 290-0753

**Fax Cover Sheet**

## PERSONAL AND CONFIDENTIAL

To:         Honorable Robert J. Giordano, ALJ

Fax:        (973) 648-2358

From:       Jodi S. Howlett, Esq.

Date:       August 7, 2017

Re:         F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education
            Agency Ref. No.: 2017-26311

Please call 732/583-7474 if you did not receive 2 pages including cover page