

**State of New Jersey**
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

OAL Docket. No.: EDS 10706-2017 N
Agency Ref. No.: 2017-26311
Transmitting Agency: Special Education
Filing Date: July 28, 2017

Judge: Thomas Betancourt
Judge Phone: (973) 648-6084
*********************************************

F.H,. and M.H. o/b/o J.H.   v. West Morris Regional High BOE

Notice of Filing
and Hearing

*********************************************
Nature of proceeding:

On behalf of minor student, Petitoners seek classification as OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

This case was received by the Office of Administrative law on the above filing date and given the docket number above. Please refer to the docket number in any correspondence and have the docket number available if you call the OAL.

The hearing in this case will be held on:

Date: 12/17/2018
Time:  1:00PM
Location: Telephone

Directions are on the OAL website www.state.nj.us/oal (see the Locations tab). The procedure for this hearing is fully set out in the rules of the Office of Administrative Law (OAL) at N.JA.C. 1:6A-1.1 et. seq. and N.J.A.C. 1:1-1 et. seq. These rules can be accessed through a link on the OAL's website: www.state.nj.us/oal. (see the "Rules" section under the Rules tab).

Parents and guardians should have received information concerning legal assistance. If you still need this information, call the Office of Special Education Programs at (609) 984-1286.

Parties must disclose all evidence including documents and summaries of anticipated testimony to the other party at least 5 days before the hearing. If you do not, you may be prevented from presenting the evidence at the hearing.

If you need to subpoena a witness, forms and instructions are on the Office of Administrative Law's website: www.state.nj.us/oal, (forms, subpoena).

Please bring two copies of any document you wish to offer into evidence. If you do not attend the hearing, the judge may dismiss your case or order that the action requested by the other side be granted.

In the event of inclement weather or other emergency, please contact the Superior Court in the county in which this matter is scheduled. If that Superior Court is closed, this matter will be cancelled and you will be notified by the OAL of the new date. *County courthouse closings:* www.judiciary.state.nj.us/closing.htm

November 15, 2018                    Deputy Clerk, OAL
Date



*State of New Jersey*
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

## SERVICE LIST
## OAL DOCKET NO. EDS 10706-2017 N

Dolores Walther
Dispute Resolution Coordinator, Office of Special Education
100 Riverview Plaza
PO Box 500
Trenton, NJ 08625

Jodi S. Howlett, Esq.
Cleary, Giacobbe, Alfieri & Jacobs, LLC
955 State Route 34, Ste. #200
Matawan, NJ 07747

Julie Warshaw, Esq.
Warshaw Law Firm, LLC
266 King George Road, Ste. C 2
Warren, NJ 07059



*State of New Jersey*
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

OAL Docket. No.: EDS 10706-2017 N

Agency Ref. No.: 2017-26311

Transmitting Agency: Special Education

Filing Date: July 28, 2017

Judge: Thomas Betancourt
Judge Phone: (973) 648-6084
*************************************************

F.H,. and M.H. o/b/o J.H. v. West Morris Regional High BOE          Notice of Filing
                                                                    and Hearing
*************************************************

Nature of proceeding:

On behalf of minor student, Petitioners seek classification as OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

This case was received by the Office of Administrative law on the above filing date and given the docket number above. Please refer to the docket number in any correspondence and have the docket number available if you call the OAL.

The hearing in this case will be held on:

**Date: 11/14/2018**
**Time: 1:00PM**
**Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102**

Directions are on the OAL website www.state.nj.us/oal (see the Locations tab).

The procedure for this hearing is fully set out in the rules of the Office of Administrative Law (OAL) at N.J.A.C. 1:6A-1.1 et. seq. and N.J.A.C. 1:1-1 et. seq. These rules can be accessed through a link on the OAL's website: www.state.nj.us/oal. (see the "Rules" section under the Rules tab).

Parents and guardians should have received information concerning legal assistance. If you still need this information, call the Office of Special Education Programs at (609) 984-1286.

Parties must disclose all evidence including documents and summaries of anticipated testimony to the other party at least 5 days before the hearing. If you do not, you may be prevented from presenting the evidence at the hearing.

If you need to subpoena a witness, forms and instructions are on the Office of Administrative Law's website: www.state.nj.us/oal, (forms, subpoena).

Please bring two copies of any document you wish to offer into evidence. If you do not attend the hearing, the judge may dismiss your case or order that the action requested by the other side be granted.

In the event of inclement weather or other emergency, please contact the Superior Court
in the county in which this matter is scheduled. If that Superior Court is closed, this



**State of New Jersey**
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

matter will be cancelled and you will be notified by the OAL of the new date.  *County courthouse closings:* www.judiciary.state.nj.us/closing.htm

August 29, 2018         Deputy Clerk, OAL
Date



***State of New Jersey***
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

## SERVICE LIST
## OAL DOCKET NO. EDS 10706-2017 N

Dolores Walther
Dispute Resolution Coordinator, Office of Special Education
100 Riverview Plaza
PO Box 500
Trenton, NJ 08625

Jodi S. Howlett, Esq.
Cleary, Giacobbe, Alfieri & Jacobs, LLC
955 State Route 34, Ste. #200
Matawan, NJ 07747

Julie Warshaw, Esq.
Warshaw Law Firm, LLC
266 King George Road, Ste. C 2
Warren, NJ 07059



Michael Ben-David, Supt.
West Morris Regional High Board of Ed.
10 South Four Bridges Rd.
Chester, NJ 07930

David Leigh
Director of Special Education
Administration Bldg.
Four Bridges Rd.
Chester, NJ 07930



*State of New Jersey*
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

OAL Docket. No.: EDS 10706-2017 N

Agency Ref. No.: 2017-26311

Transmitting Agency: Special Education

Filing Date: July 28, 2017

Judge: Thomas Betancourt
Judge Phone: (973) 648-6084
****************************************************
F.H,. and M.H. o/b/o J.H. v. West Morris Regional High BOE          Notice of Filing
                                                                    and Hearing
****************************************************

Nature of proceeding:

On behalf of minor student, Petitoners seek classification as OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

This case was received by the Office of Administrative law on the above filing date and given the docket number above. Please refer to the docket number in any correspondence and have the docket number available if you call the OAL.

The hearing in this case will be held on:

**Date: 04/23/2018**  *held*
**Time: 9:00AM**
**Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102**

**Date: 07/25/2018**  *held*
**Time: 9:00AM**
**Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102**

**Date: 08/29/2018**  *held*
**Time: 9:00AM**
**Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102**

Directions are on the OAL website www.state.nj.us/oal (see the Locations tab).

The procedure for this hearing is fully set out in the rules of the Office of Administrative Law (OAL) at N.J.A.C. 1:6A-1.1 et. seq. and N.J.A.C. 1:1-1 et. seq. These rules can be accessed through a link on the OAL's website: www.state.nj.us/oal. (see the "Rules" section under the Rules tab).

Parents and guardians should have received information concerning legal assistance. If you still need this information, call the Office of Special Education Programs at (609) 984-1286.

Parties must disclose all evidence including documents and summaries of anticipated testimony to the other party at least 5 days before the hearing. If you do not, you may be prevented from presenting the evidence at the hearing.



**State of New Jersey**
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

If you need to subpoena a witness, forms and instructions are on the Office of Administrative Law's website: www.state.nj.us/oal, (forms, subpoena).

Please bring two copies of any document you wish to offer into evidence. If you do not attend the hearing, the judge may dismiss your case or order that the action requested by the other side be granted.

In the event of inclement weather or other emergency, please contact the Superior Court in the county in which this matter is scheduled. If that Superior Court is closed, this matter will be cancelled and you will be notified by the OAL of the new date. *County courthouse closings:* www.judiciary.state.nj.us/closing.htm

April 09, 2018          Deputy Clerk, OAL
Date



*State of New Jersey*
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

SERVICE LIST
OAL DOCKET NO. EDS 10706-2017 N

Dolores Walther
Dispute Resolution Coordinator, Office of Special Education
100 Riverview Plaza
PO Box 500
Trenton, NJ 08625

Jodi S. Howlett, Esq.
Cleary, Giacobbe, Alfieri & Jacobs, LLC
5 Ravine Drive
Matawan, NJ 07747

Julie Warshaw, Esq.
Warshaw Law Firm, LLC
266 King George Road, Ste. C 2
Warren, NJ 07059



**State of New Jersey**
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

OAL Docket. No.: EDS 10706-2017 N

Agency Ref. No.: 2017-26311

Transmitting Agency: Special Education

Filing Date: July 28, 2017

Judge: Thomas Betancourt
Judge Phone: (973) 648-6084
*************************************************
F.H,. and M.H. o/b/o J.H.  v. West Morris Regional High BOE

*********************************************

Notice of Filing
and Hearing

Nature of proceeding:

On behalf of minor student, Petitoners seek classification as OHI; development of an IEP; out-of-district placement with transportation; continued home instruction; independent evaluations; compensatory education and reimbursement.

    This case was received by the Office of Administrative law on the above filing date and given the docket number above. Please refer to the docket number in any correspondence and have the docket number available if you call the OAL.

    The hearing in this case will be held on:    *Settlement Conf. only*

Date: 02/26/2018
Time: 9:00AM
Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102

Date: 04/06/2018    *Wolden*
Time: 9:00AM
Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102

Date: 04/09/2018    *Held*
Time: 9:00AM
Location: Office of Administrative Law 33 Washington St., 7th Floor Newark, NJ 07102

    Directions are on the OAL website www.state.nj.us/oal (see the Locations tab).

    The procedure for this hearing is fully set out in the rules of the Office of Administrative Law (OAL) at N.JA.C. 1:6A-1.1 et. seq. and N.J.A.C. 1:1-1 et. seq. These rules can be accessed through a link on the OAL's website: www.state.nj.us/oal. (see the "Rules" section under the Rules tab).

    Parents and guardians should have received information concerning legal assistance. If you still need this information, call the Office of Special Education Programs at (609) 984-1286.

    Parties must disclose all evidence including documents and summaries of anticipated testimony to the other party at least 5 days before the hearing. If you do not, you may be prevented from presenting the evidence at the hearing.



**State of New Jersey**
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

If you need to subpoena a witness, forms and instructions are on the Office of Administrative Law's website: www.state.nj.us/oal, (forms, subpoena).

Please bring two copies of any document you wish to offer into evidence. If you do not attend the hearing, the judge may dismiss your case or order that the action requested by the other side be granted.

In the event of inclement weather or other emergency, please contact the Superior Court in the county in which this matter is scheduled. If that Superior Court is closed, this matter will be cancelled and you will be notified by the OAL of the new date. *County courthouse closings:* www.judiciary.state.nj.us/closing.htm

August 11, 2017          Deputy Clerk, OAL
Date



*State of New Jersey*
OFFICE OF ADMINISTRATIVE LAW
33 Washington Street
Newark, NJ 07102

SERVICE LIST
OAL DOCKET NO. EDS 10706-2017 N

Dolores Walther
Dispute Resolution Coordinator, Office of Special Education
100 Riverview Plaza
PO Box 500
Trenton, NJ 08625

Jodi S. Howlett, Esq.
Cleary, Giacobbe, Alfieri & Jacobs, LLC
5 Ravine Drive
Matawan, NJ 07747

Julie Warshaw, Esq.
Warshaw Law Firm, LLC
266 King George Road, Ste. C 2
Warren, NJ 07059