**Batista, Diana**

| | |
|---|---|
| **From:** | J Warshaw <jwarshaw@warshawlawfirm.com> |
| **Sent:** | Wednesday, January 23, 2019 9:53 PM |
| **To:** | Batista, Diana |
| **Cc:** | Jodi Howlett |
| **Subject:** | [EXTERNAL] Re: Petitioners' Reply Post Submission Brief for F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District BOE |
| **Attachments:** | HumckelettertojudgewithExhibits12319.pdf; HumckeFinalSupplementalPostSubmissionBrief12219.doc |

Attached please find Petitioners' cover letter and Exhibits as requested, as well as Petitioners' Reply Post Submission Brief submitted in Word as requested. Thank you. Respectfully Submitted, Julie Warshaw

Julie Warshaw, Esq.
WARSHAW LAW FIRM, LLC
266 King George Road, Suite I
Warren, NJ 07059
(973) 433-2121, Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
www.warshawlawfirm.com

The information contained in this e-mail message is intended only for the confidential use of the recipient(s) named above. This message is privileged and confidential. If the receiver of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. The sender confirms that Warshaw Law Firm, LLC shall not be responsible if this e-mail message is used for any indecent, unsolicited or illegal purposes, which is in violation of any existing law and the same shall solely be the responsibility of the sender and that Warshaw Law Firm, LLC shall at all times be indemnified of any civil and/or criminal liabilities or consequences therefrom.

**WARSHAW LAW FIRM, LLC**

Julie M.W. Warshaw, Esq. *~^
Alycia Swift, Esq. *~

*Of Counsel:*
David B. Warshaw, Esq. *~^
William Jeffery, Esq. *

266 King George Road, Suite I
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Licensed in New Jersey *
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania '

January 23, 2019

Via Email at Diana.Batista@oal.nj.gov and priority mail
Honorable Thomas Betancourt, A.L.J.
Office of Administrative Law
State of New Jersey
33 Washington Street, 7th Floor
Newark, New Jersey 07102

      Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
      OAL Docket No.: EDS 10706-2017, Agency Ref. No.: 2017 26311

Dear Judge Betancourt:

      This office represents the Petitioners in the above referenced matter. As per Your Honor's request, enclosed is a list of the Petitioners' Exhibits that were entered into evidence in the due process hearing. In addition, please find Petitioners' Reply Post Submission Brief.

      Thank you for your time and courtesy.

Respectfully Submitted,

By: _____
Julie Warshaw, Esq.

JW/
Enclosures

cc:    Jodi Howlett, Esq. (Via Email)
       F.H. and M.H. (Via Email)

**WARSHAW LAW FIRM, LLC**
266 King George Road, Suite I
Warren, New Jersey 07059
Phone: (973) 433-2121
Fax: (973) 439-1047
jwarshaw@warshawlawfirm.com
clientservices@warshawlawfirm.com
www.warshawlawfirm.com

Julie M.W. Warshaw, Esq. °~^
Alycia Swift, Esq. °~

*Of Counsel:*
David B. Warshaw, Esq. °~^
William Jeffery, Esq. °

Licensed in New Jersey °
Licensed in New York ~
Licensed in Massachusetts ^
Licensed in Pennsylvania '

January 23, 2019

Re: F.H. and M.H. o/b/o J.H. v. West Morris Regional High School District Board of Education
OAL Docket No.: EDS 10706-2017, Agency Ref. No.: 2017 26311

**PETITIONERS' EXHIBITS IN EVIDENCE FROM THE DUE PROCESS ACTION**

- P12    Letter from Petitioners to Cusack dated 10/10/2016
- P13    Letter from Dr. Libert dated October 11, 2016
- P14    Email from Petitioners to Cusack dated 10/15/16
- P19    Letter from Petitioners to Cusack
- P25    Eligibilty Meeting Participants, Evaluation Sequence, Eligibility Determination Report
- P26    Two IEP's -one says Draft (J9)
- P27    Emails and letters from Petitioners' attorney to school district attorney
- P29    Emails from Petitioners dated August 25, 2017 and September 8, 2017 and Joe Cusack's response dated September 11, 2017 and unsigned 504 Plan dated for September 2017 but the meeting date was December 7, 2016
- P31    Marked for Identification- Being Successful Program Brochure
- P32    Dr. Schuberth's December 13, 2017 report and Dr. Schuberth's August 21, 2017 report and Dr. Schuberth's CV
- P33    Dr. Platt's report, Dr. Platt's draft report sent to the school district, and Dr. Platt's CV
- P36    Purnell School Contract (J28)
- P37    Purnell School payments (J29)
- P40    Megan DuVall's two reports
- P42    2017-2018 Fall Term report card
- P43    2017-2018 Spring Term report card
- P44    College Board Accommodation Letter
- P46    Melissa Dolgos' CV
- P48    Megan DuVall's CV
- P49    Nicole Dowd's letter
- P50/P51 Recording of May 16, 2017 IEP meeting

**JOINT EXHIBIT LIST**

- J1    504 Plan dated December 7, 2016          (R1, P17)
- J2    Special Education Referral dated January 3, 2017 (R2, P18)
- J3    Pre-Referral Intervention Information dated January 3, 2017    (R3, P18)

| | |
|---|---|
| J4 | Letter to Parents re: invitation to initial identification meeting dated January 3, 2017 (R4, P24) |
| J5 | Letter to Parents Re: Invitation to meeting dated March 22, 2017 (R6, P24) |
| J6 | Eligibility Meeting Participants (R7, P25) |
| J7 | Evaluation Sequence (R8, P25) |
| J8 | Eligibility Determination Report (R9, P25) |
| J9 | Individualized Education Program (IEP)   (R10, P26-**both IEP's with the first two pages being different- one says Draft written on it**) |
| J10 | 504 Plan second unsigned one (R11, P29) |
| J11 | Mendham High School being successful program (R12, P31) |
| J12 | Letter ICCP to West Morris Central High School (R13, P15) |
| J13 | Letter ICCP to West Morris Central High School (R14, P16) |
| J14 | Letter ICCP to Joe Cusack    (R15, P20) |
| J15 | Sherry Wilk Psychological Evaluation    (R16, P22) |
| J16 | Dr. Srinivasan Psychiatric Evaluation dated March 15, 2017    (R17, P23) |
| J17 | Betina Goldberg-Rappoport Social History    (R18, P21) |
| J18 | Dr. Natalie Schuberth's Independent Psychoeducational evaluation (R19, P32) |
| J19 | Letter from Melissa Dolgos Dated August 17, 2017 (R20, P28) |
| J20 | Letter from Natalie Schuberth Dated December 13, 2017 (R21, PP32) |
| J21 | Dr. Ellen Platt's Independent Psychiatric Report   (R22, P33) |
| J22 | Letter from Parents to Joe Cusack dated October 10, 2016 (R39, P12) |
| J23 | Letter from Plaza Family Care dated October 11, 2016 (R40, P13) |
| J24 | Email from ▇▇▇▇ to Joe Cusack dated October 15, 2016 (R41, P14) |
| J25 | Letter from Petitioners to Joe Cusack dated January 4, 2017 (R44, P19) |
| J26 | Email from Petitioners to Joe Cusack dated September 8, 2017 (R51, P29) |
| J27 | Letter to Principal Ryan from Petitioners not dated (R52, P35) |