**Julie Warshaw, Esq. Bar ID. 027931993**
266 King George Road, Suite C2
Warren, New Jersey 07059
**Jamie Epstein, Esq. - Bar ID. 008081990**
17 Fleetwood Drive
Hamilton, New Jersey 08690
Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F.H., *et al.*,<br>Plaintiffs,<br>v.<br>WEST MORRIS REGIONAL HIGH SCHOOL BOARD OF EDUCATION and NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER, ANGELICA ALLEN-MCMILLAN (in her official and individual capacity)<br>Defendants | Civil Action No. 19-14465 (SDW) (LDW)<br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS MATTER** having been brought before the Court by Plaintiffs, through its counsel, by Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, and upon the Amended Verified Complaint, Certification and Brief in Support of Order to Show Cause submitted herewith, the Court, having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause to enforce its Order, and for good cause shown.

**IT IS** on this _____ day of _____, 2021, **ORDERED** that the Defendants appear and show cause on the _____ day of _____, 2021, before the

United States District Court for the District of New Jersey, Honorable Susan D. Wigenton at the _____ US Courthouse, located at 50 Walnut Street, Newark, New Jersey _____, at _____ o'clock in the _____ noon, or as soon thereafter as counsel can be heard, why an Order should not be entered;

 1. Plaintiffs' Complaint is hereby amended adding NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER ANGELICA ALLEN-MCMILLAN (in her official and individual capacity) as a Defendants;

 2. Defendants, NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER ANGELICA ALLEN-MCMILLAN shall immediately cause a new final decision and order consistent with the mandate of this Court's Order and Opinion of 12/8/20 to be filed within ___ days of this Order; or in the alternative,

 3. This Court shall issue the Order and Opinion itself.

 4. Granting such other relief as the Court deems equitable and just.

And it is further **ORDERED** that:

1. A copy of this Order to Show Cause, Motion to Amend, Amended Verified Complaint, Certification, and Brief in Support of Order to Show Cause submitted in support of this application, together with a summons, shall be served upon Defendants, NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER ANGELICA ALLEN-MCMILLAN personally within _____ days of the date hereof, in accordance with F.R.C.P. 4.

2. Plaintiffs must file with the Court proof of service of the pleadings on the

Defendants no later than three (3) days before the return date.

3. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2021. You must send a courtesy copy of your opposition papers directly to Judge Susan D. Wigenton, whose address is: 50 Walnut Street, Newark, New Jersey.

4. Plaintiffs must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by _____, 2021. A courtesy copy of the reply papers must be sent directly to the chambers of Judge Susan N. Wigenton.

5. If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that Plaintiffs file a proof of service and a proposed form of Order at least three days prior to the return date.

6. If Plaintiffs have not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

7. The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

_____
Honorable Susan D. Wigenton, U.S.D.J.