**Julie Warshaw, Esq. Bar ID. 027931993**
266 King George Road, Suite C2
Warren, New Jersey 07059
**Jamie Epstein, Esq. - Bar ID. 008081990**
17 Fleetwood Drive
Hamilton, New Jersey 08690
Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F.H., *et al.*, | Civil Action No. 19-14465 (SDW) |
| Plaintiffs, | (LDW) |
| v. | |
| WEST MORRIS REGIONAL HIGH SCHOOL BOARD OF EDUCATION and NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER, ANGELICA ALLEN-MCMILLAN (in her official and individual capacity) | |
| Defendants | **CERTIFICATION** |

I, Jamie Epstein, Esquire, as an Officer of the Court, declares and states:

1. On 12/8/20, this Court entered a Order [37] remanding this matter to ALJ Betencourt as mandated in this Court's 12/8/20 Opinion [36].

2. On 12/9/20, Plaintiffs filed a Notice of Remand Letter [38] with ALJ Betancourt c/o the New Jersey Office of Administrative Law attaching this Court's Order [37] and Opinion [36].

3. On 12/14/20, Plaintiffs filed a cover letter with a copy of the New Jersey Department of Education's administrative record with ALJ Betancourt c/o the New

Jersey Office of Administrative Law. (APX 1)

4. On 4/7/21, Plaintiffs wrote ALJ Betancourt and reminded him his compliance with this Court's mandate was overdue [39-2].

5. ALJ Betancourt did not respond.

6. On 4/12/21, Plaintiffs submitted a letter [39-1] noticing Defendant, NEW JERSEY DEPARTMENT OF EDUCATION COMMISSIONER, ANGELICA ALLEN-MCMILLAN that her compliance with this Court's mandate was overdue (attaching said 4/7/21 Letter to ALJ Betancourt).

7. COMMISSIONER, ANGELICA ALLEN-MCMILLAN did not respond.

I declare on this 21st day of April, 2021, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

JAMIE EPSTEIN