# JAMIE EPSTEIN
*ATTORNEY AT LAW*
17 Fleetwood Drive, Hamilton, NJ. 08690[*]
496 Kings Highway North, Suite 220D, Cherry Hill, NJ. 08034[**]

Tel: (856) 979-9925     Web:JamieEpsteinLaw.com     E-MAIL: JE@JamieEpsteinLaw.com

12/14/20

Hon. Thomas Betancourt, ALJ
NJOAL
33 Washington Ave.
Newark, NJ. 07102

Re: *F.H. and M.H. o/b/o J.H. v. West Morris Regional High School Board of Education*
    Case No.: 2:19-cv-14465 and EDS 10706-2017/2017-26311

Dear Judge Betancourt:

    Attached please find a true and accurate copy of the filed administrative record.

    Thank you.

Very truly yours,

JAMIE EPSTEIN

JE/.2;  review file, draft letter
cc:     clients
        counsel

---