**Julie Warshaw, Esq. Bar ID. 027931993**
266 King George Road, Suite C2, Warren, New Jersey 07059
**Jamie Epstein, Esq. - Bar ID. 008081990**
17 Fleetwood Drive, Hamilton, New Jersey 08690
Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F.H., *et al.*,<br>  Plaintiffs,<br>v.<br><br>WEST MORRIS REGIONAL HIGH SCHOOL BOARD OF EDUCATION and NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER, ANGELICA ALLEN-MCMILLAN (in her official and individual capacity)<br>  Defendants | Civil Action No. 19-14465 (SDW) (LDW)<br><br><br><br><br><br><br><br>**PROPOSED ORDER** |

**THIS MATTER** having been brought before the Court by Plaintiffs, through its counsel, by Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, and upon the Amended Verified Complaint, Certification and Brief in Support of Order to Show Cause submitted herewith, the Court, having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause to enforce its Order, and for good cause shown.

**IT IS** on this _____ day of _____ , 2021, **ORDERED:**

1. Plaintiffs' Complaint is hereby amended adding NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER ANGELICA ALLEN-

MCMILLAN (in her official and individual capacity) as a Defendants;

2. Defendants, NEW JERSEY DEPARTMENT OF EDUCATION and its COMMISSIONER ANGELICA ALLEN-MCMILLAN shall immediately cause a new final decision and order consistent with the mandate of this Court's Order and Opinion of 12/8/20 to be filed within ___ days of this Order; or in the alternative,

3. The Remand Order is hereby vacated and this Court shall issue the New Order and Opinion itself.

4. Granting such other relief as the Court deems equitable and just.

_____
Honorable Susan D. Wigenton, U.S.D.J.